**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HAL COLLIER,<br><br>   Plaintiff,<br><br>   v.<br><br>FIRST REPUBLIC BANK, et al.,<br><br>   Defendants. | Case No.  23-cv-03096-BLF<br><br>**ORDER SUA SPONTE REFERRING CASE FOR JUDICIAL DETERMINATION OF RELATED CASE STATUS** |

It appears that this action, *Coller v. First Republic Bank*, et al., 23-cv-3096-BLF, may be related to an earlier filed action currently pending before District Judge Araceli Martinez-Olguin, *Kusen v. Herbert*, et al., 23-cv-2940-AMO. The *Coller* action is sua sponte referred to Judge Martinez-Olguin for a determination whether it is related to the *Kusen* action within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated:  June 23, 2023

_____
BETH LABSON FREEMAN
United States District Judge