1  Reed R. Kathrein (139304)
2  Lucas E. Gilmore (250893)
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  715 Hearst Avenue, Suite 300
   Berkeley, CA 94710
4  Telephone: (510) 725-3000
   Facsimile:  (510) 725-3001
5  Email: reed@hbsslaw.com
   Email: lucasg@hbsslaw.com
6

7  *Attorneys for Movant Gaurav Singh*

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  ALEXANDRA KUSEN, on behalf of herself       Case No. 3:23-cv-02940-AMO
    and all others similarly situated,
11                                              **CLASS ACTION**
                    Plaintiff,
12                                              **STIPULATION AND [PROPOSED]**
          v.                                    **SCHEDULING ORDER**
13
    JAMES H. HERBERT, II, HAFIZE GAYE           Judge:  Araceli Martínez-Olguín
14  ERKAN, MICHAEL J. ROFFLER, OLGA
    TSOKOVA, MICHAEL D. SELFRIDGE,              Date Action Filed: June 14, 2023
15  NEAL HOLLAND, and KPMG, LLP,

16                  Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3:23-CV-02940-AMO
011168-11/2325483 V4

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Civil Local Rule 6-2, Plaintiff Alexandra Kusen ("Plaintiff"), Movants Gaurav Singh, Alecta Tjänstepension Ömsesidigt, and First Republic Investor Group ("Movants"), and Defendants James H. Herbert, II, Olga Tsokova, Michael D. Selfridge, Michael J. Roffler, and Neal Holland ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 14, 2023, Plaintiff filed a class action complaint (the "Initial Complaint," ECF No. 1) alleging violations of the federal securities laws against certain current and former officers of First Republic Bank ("First Republic", or the "Company") (together with Plaintiff, the "Parties").

WHEREAS, on June 16, 2023, this Court issued an Initial Case Management Scheduling Order (ECF No. 4, 59) setting the following deadlines:

1.  August 24, 2023 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure, the Civil Local Rules, and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

2.  September 7, 2023 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Joint Case Management Statement; and

3.  September 14, 2023 at 10:00 a.m. for an Initial Case Management Conference;

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and requires a stay of all discovery and other proceedings during the pendency of any motion to dismiss.  Further, the Reform Act provides that the appointment of a lead plaintiff shall not be made until after a decision on a motion to consolidate (if any) is rendered (15 U.S.C. 78u-4 (a)(3)(B)(ii));

WHEREAS, on June 23, 2023, eight motions for consolidation of related actions and appointment of lead plaintiff and lead counsel were filed (*see* e.g., ECF Nos. 15, 26, 35);

WHEREAS, on July 7, 2023, this Court entered an Order scheduling a hearing on the motions to consolidate for October 12, 2023 (ECF No. 46) and a hearing on the motions for the appointment of lead plaintiff and lead counsel on November 9, 2023 (ECF No. 45);

WHEREAS, the motions for consolidation are now moot as on August 16 and 17, 2023, notices of voluntary dismissal were filed in the related actions, *Alcorn v. Herbert, et al.*, No. 3:23-cv-03013-AMO (N.D. Cal.), and *Collier v. Herbert, et al.*, No. 3:23-cv-03096-AMO (N.D. Cal.), respectively;

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended or consolidated complaint;

WHEREAS, Defendants anticipate filing motion(s) to dismiss in response to Lead Plaintiff's complaint;

WHEREAS, counsel for the undersigned Defendants have agreed to accept service of the Initial Complaint on behalf of their clients;

WHEREAS, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions (if any such similar actions are filed), (ii) appointment of Lead Plaintiff, (iii) the filing of a complaint by the Lead Plaintiff, and (iv) all discovery and other proceedings are stayed during the pendency of any motion to dismiss, the Parties agree that requiring Defendants to respond at this time to the existing complaint in the above-referenced action would result in the needless expenditure of private and judicial resources;

WHEREAS, pursuant to the Reform Act, unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B)); and

WHEREAS, counsel for the Parties in the above-captioned action (including Movants continuing to seek appointment as Lead Plaintiff) respectfully submit that because the pleadings are not yet set, and because discovery is stayed pending any motion(s) to dismiss, good cause exists to vacate the existing September 14, 2023 Initial Case Management Conference and associated

deadlines until such time as the Court has the opportunity to rule on the appointment of Lead Plaintiff and its counsel and any motion(s) to dismiss;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties, that:

i.      Pursuant to Civil L.R. 6-1(a), Defendants are not required to respond to the Initial Complaint;

ii.     No more than twenty-one (21) days after the Lead Plaintiff has been appointed and Lead Counsel has been approved by the Court in accordance with the Reform Act, counsel for Defendants and Lead Counsel shall meet and confer and submit to the Court a mutually agreeable schedule for the Court-appointed Lead Plaintiff to file a consolidated or amended complaint and Defendants' responses thereto;

iii.    Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for September 14, 2023 be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules (including the ADR Program deadlines), to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the Court shall determine to be appropriate;

iv.     The hearing on the motion to consolidate scheduled for October 12, 2023 is vacated as moot; and

v.      The hearing on the motion to appoint Lead Plaintiff and Lead Counsel remains as scheduled.

DATED: August 30, 2023                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                          By: */s/ Reed R. Kathrein*
                                          Reed R. Kathrein (139304)
                                          Lucas E. Gilmore (250893)
                                          715 Hearst Avenue, Suite 300
                                          Berkeley, CA 94710
                                          Telephone: (510) 725-3000
                                          Facsimile:  (510) 725-3001
                                          Email: reed@hbsslaw.com
                                          Email: lucasg@hbsslaw.com

1
2
3
4
5
6

Steve W. Berman (*pro hac vice forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

*Counsel for Plaintiff Alexandra Kusen and Movant Gaurav Singh*

7   DATED: August 30, 2023

KESSLER TOPAZ MELTZER CHECK, LLP

8
9
10
11
12

By: */s/ Jennifer L. Joost*
     Jennifer L. Joost (296164)
One Sansome St., Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile:  (415) 400-3001
Email: jjoost@ktmc.com

13

*and*

14   DATED: August 30, 2023

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

15
16
17
18
19
20

By: */s/ Jonathan D. Uslaner*
     Jonathan D. Uslaner (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
Email: jonathanu@blbglaw.com

*Counsel for Movant Alecta Tjänstepension Ömsesidigt*

21   DATED: August 30, 2023

POMERANTZ LLP

22
23
24
25
26
27

By: */s/ J. Alexander Hood II*
     J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (646) 581-9966
Facsimile:  (646) 607-2426
Email: ahood@pomlaw.com

*Counsel for Movant First Republic Investor Group*

28

1  DATED: August 30, 2023

LATHAM & WATKINS LLP

2
   By: /s/ Melanie M. Blunschi
3      Melanie M. Blunschi (234264)
   505 Montgomery Street, Suite 2000
4  San Francisco, CA 94111-6538
   Telephone: (415) 395-8129
5  Email: melanie.blunschi@lw.com

6  *Counsel for Defendant James H. Herbert, II*

7  DATED: August 30, 2023

SHER TREMONTE LLP

8
   By: /s/ Theresa Trzaskoma
9      Theresa Trzaskoma
   Theresa Trzaskoma (*pro hac vice forthcoming*)
10 Erica Wolff (*pro hac vice forthcoming*)
   90 Broad Street, 23rd Floor
11 New York, NY 10004
   Telephone: (212) 202-2600
12 Facsimile:  (212) 202-4165
   Email: ttrzaskoma@shertremonte.com
13
   *Counsel for Defendant Olga Tsokova*
14

15 DATED: August 30, 2023

MORRISON & FOERSTER LLP

16
   By: /s/ Carrie H. Cohen
17     Carrie H. Cohen
   Carrie H. Cohen (*pro hac vice forthcoming*)
18 Edward Imperatore (*pro hac vice forthcoming*)
   250 West 55th Street
19 New York, New York 10109
   Telephone: (212) 468-8000
20 Email: ccohen@mofo.com
   Email: eimperatore@mofo.com
21
   *Counsel for Defendant Michael Selfridge*
22

23 DATED: August 30, 2023

SIMPSON THATCHER & BARTLETT LLP

24
   By: /s/ Joshua A. Levine
25     Joshua A. Levine
   Joshua A. Levine (*pro hac vice forthcoming*)
26 425 Lexington Avenue
   New York, NY 10017
27 Telephone: (212) 455-2000
   Email: jlevine@stblaw.com
28
   *Counsel for Defendant Neal Holland*

1    DATED: August 30, 2023                    STEPTOE & JOHNSON LLP

2                                              By: */s/ Michelle L. Levin*
3                                                    Michelle L. Levin
                                               Jason M. Weinstein (*pro hac vice forthcoming*)
4                                              Michelle L. Levin (*pro hac vice forthcoming*)
                                               1114 Avenue of the Americas
5                                              New York, NY 10036
                                               Telephone: (212) 506-3900
6                                              Email: jweinstein@steptoe.com
                                               Email: mlevin@steptoe.com
7
                                               *Counsel for Defendant Michael J. Roffler*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER - 6
CASE NO. 3:23-CV-02940-AMO
011168-11/2325483 V4

1

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)</u>

2

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to

3

file this STIPULATION AND [PROPOSED] SCHEDULING ORDER. In compliance with Civil

4

Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

5

Dated: August 30, 2023                        By: ____*/s/ Reed R. Kathrein*_____

6                                                   REED R. KATHREIN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, **IT IS SO ORDERED**.


Dated: _____, 2023

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge