Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: reed@hbsslaw.com
Email: lucasg@hbsslaw.com

*Attorneys for Movant Gaurav Singh*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA KUSEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. HERBERT, II, HAFIZE GAYE ERKAN, MICHAEL J. ROFFLER, OLGA TSOKOVA, MICHAEL D. SELFRIDGE, NEAL HOLLAND, and KPMG, LLP,<br><br>Defendants. | Case No. 3:23-cv-02940-AMO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Judge: Araceli Martínez-Olguín<br><br>Date Action Filed: June 14, 2023 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Civil Local Rule 6-2, Plaintiff Alexandra Kusen ("Plaintiff"), Movants Gaurav Singh, Alecta Tjänstepension Ömsesidigt, and First Republic Investor Group ("Movants"), and Defendants James H. Herbert, II, Olga Tsokova, Michael D. Selfridge, Michael J. Roffler, and Neal Holland ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 14, 2023, Plaintiff filed a class action complaint (the "Initial Complaint," ECF No. 1) alleging violations of the federal securities laws against certain current and former officers of First Republic Bank ("First Republic", or the "Company") (together with Plaintiff, the "Parties").

WHEREAS, on June 16, 2023, this Court issued an Initial Case Management Scheduling Order (ECF No. 4, 59) setting the following deadlines:

1.     August 24, 2023 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure, the Civil Local Rules, and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

2.     September 7, 2023 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Joint Case Management Statement; and

3.     September 14, 2023 at 10:00 a.m. for an Initial Case Management Conference;

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and requires a stay of all discovery and other proceedings during the pendency of any motion to dismiss. Further, the Reform Act provides that the appointment of a lead plaintiff shall not be made until after a decision on a motion to consolidate (if any) is rendered (15 U.S.C. 78u-4 (a)(3)(B)(ii));

WHEREAS, on June 23, 2023, eight motions for consolidation of related actions and appointment of lead plaintiff and lead counsel were filed (*see* e.g., ECF Nos. 15, 26, 35);

WHEREAS, on July 7, 2023, this Court entered an Order scheduling a hearing on the motions to consolidate for October 12, 2023 (ECF No. 46) and a hearing on the motions for the appointment of lead plaintiff and lead counsel on November 9, 2023 (ECF No. 45);

WHEREAS, the motions for consolidation are now moot as on August 16 and 17, 2023, notices of voluntary dismissal were filed in the related actions, *Alcorn v. Herbert, et al.*, No. 3:23-cv-03013-AMO (N.D. Cal.), and *Collier v. Herbert, et al.*, No. 3:23-cv-03096-AMO (N.D. Cal.), respectively;

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended or consolidated complaint;

WHEREAS, Defendants anticipate filing motion(s) to dismiss in response to Lead Plaintiff's complaint;

WHEREAS, counsel for the undersigned Defendants have agreed to accept service of the Initial Complaint on behalf of their clients;

WHEREAS, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions (if any such similar actions are filed), (ii) appointment of Lead Plaintiff, (iii) the filing of a complaint by the Lead Plaintiff, and (iv) all discovery and other proceedings are stayed during the pendency of any motion to dismiss, the Parties agree that requiring Defendants to respond at this time to the existing complaint in the above-referenced action would result in the needless expenditure of private and judicial resources;

WHEREAS, pursuant to the Reform Act, unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B)); and

WHEREAS, counsel for the Parties in the above-captioned action (including Movants continuing to seek appointment as Lead Plaintiff) respectfully submit that because the pleadings are not yet set, and because discovery is stayed pending any motion(s) to dismiss, good cause exists to vacate the existing September 14, 2023 Initial Case Management Conference and associated

1    deadlines until such time as the Court has the opportunity to rule on the appointment of Lead

2    Plaintiff and its counsel and any motion(s) to dismiss;

3         IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the

4    undersigned counsel for the Parties, that:

5         i.    Pursuant to Civil L.R. 6-1(a), Defendants are not required to respond to the Initial

6               Complaint;

7         ii.   No more than twenty-one (21) days after the Lead Plaintiff has been appointed and

8               Lead Counsel has been approved by the Court in accordance with the Reform Act,

9               counsel for Defendants and Lead Counsel shall meet and confer and submit to the

10              Court a mutually agreeable schedule for the Court-appointed Lead Plaintiff to file a

11              consolidated or amended complaint and Defendants' responses thereto;

12        iii.  Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for

13              September 14, 2023 be vacated, along with any associated deadlines under the

14              Federal Rules of Civil Procedure and Civil Local Rules (including the ADR Program

15              deadlines), to be reset for a date that is 30 days after the Court rules on Defendants'

16              anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the

17              Court shall determine to be appropriate;

18        iv.   The hearing on the motion to consolidate scheduled for October 12, 2023 is vacated

19              as moot; and

20        v.    The hearing on the motion to appoint Lead Plaintiff and Lead Counsel remains as

21              scheduled.

22   DATED: August 30, 2023                    HAGENS BERMAN SOBOL SHAPIRO LLP

23                                             By: */s/ Reed R. Kathrein*
                                                   Reed R. Kathrein (139304)
24                                                 Lucas E. Gilmore (250893)
                                                   715 Hearst Avenue, Suite 300
25                                                 Berkeley, CA 94710
                                                   Telephone: (510) 725-3000
26                                                 Facsimile:  (510) 725-3001
                                                   Email: reed@hbsslaw.com
27                                                 Email: lucasg@hbsslaw.com

28

| 1 | | Steve W. Berman (*pro hac vice forthcoming*) |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000 |
| 3 | | Seattle, WA 98101<br>Telephone: (206) 623-7292 |
| 4 | | Facsimile:  (206) 623-0594<br>Email: steve@hbsslaw.com |
| 5 | | |
| 6 | | *Counsel for Plaintiff Alexandra Kusen and Movant Gaurav Singh* |
| 7 | DATED: August 30, 2023 | KESSLER TOPAZ MELTZER CHECK, LLP |
| 8 | | By: */s/ Jennifer L. Joost* |
| 9 | | Jennifer L. Joost (296164)<br>One Sansome St., Suite 1850 |
| 10 | | San Francisco, CA 94104<br>Telephone: (415) 400-3000 |
| 11 | | Facsimile:  (415) 400-3001<br>Email: jjoost@ktmc.com |
| 12 | | |
| 13 | | *and* |
| 14 | DATED: August 30, 2023 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 15 | | |
| 16 | | By: */s/ Jonathan D. Uslaner* |
| 17 | | Jonathan D. Uslaner (256898)<br>2121 Avenue of the Stars, Suite 2575 |
| 18 | | Los Angeles, CA 90067<br>Telephone: (310) 819-3470 |
| 19 | | Email: jonathanu@blbglaw.com |
| 20 | | *Counsel for Movant Alecta Tjänstepension Ömsesidigt* |
| 21 | DATED: August 30, 2023 | POMERANTZ LLP |
| 22 | | By: */s/ J. Alexander Hood II* |
| 23 | | J. Alexander Hood II<br>600 Third Avenue, 20th Floor |
| 24 | | New York, NY 10016<br>Telephone: (646) 581-9966 |
| 25 | | Facsimile:  (646) 607-2426<br>Email: ahood@pomlaw.com |
| 26 | | |
| 27 | | *Counsel for Movant First Republic Investor Group* |
| 28 | | |

STIPULATION AND [PROPOSED] SCHEDULING ORDER - 4
CASE NO. 3:23-CV-02940-AMO
011168-11/2325483 V4

1    DATED: August 30, 2023              LATHAM & WATKINS LLP

2
                                         By: /s/ Melanie M. Blunschi
3                                            Melanie M. Blunschi (234264)
                                         505 Montgomery Street, Suite 2000
4                                        San Francisco, CA 94111-6538
                                         Telephone: (415) 395-8129
5                                        Email: melanie.blunschi@lw.com

6                                        *Counsel for Defendant James H. Herbert, II*

7    DATED: August 30, 2023              SHER TREMONTE LLP

8
                                         By: /s/ Theresa Trzaskoma
9                                            Theresa Trzaskoma
                                         Theresa Trzaskoma (*pro hac vice forthcoming*)
10                                       Erica Wolff (*pro hac vice forthcoming*)
                                         90 Broad Street, 23rd Floor
11                                       New York, NY 10004
                                         Telephone: (212) 202-2600
12                                       Facsimile:  (212) 202-4165
                                         Email: ttrzaskoma@shertremonte.com
13
                                         *Counsel for Defendant Olga Tsokova*
14

15   DATED: August 30, 2023              MORRISON & FOERSTER LLP

16
                                         By: /s/ Carrie H. Cohen
17                                           Carrie H. Cohen
                                         Carrie H. Cohen (*pro hac vice forthcoming*)
18                                       Edward Imperatore (*pro hac vice forthcoming*)
                                         250 West 55th Street
19                                       New York, New York 10109
                                         Telephone: (212) 468-8000
20                                       Email: ccohen@mofo.com
                                         Email: eimperatore@mofo.com
21
                                         *Counsel for Defendant Michael Selfridge*
22
     DATED: August 30, 2023              SIMPSON THATCHER & BARTLETT LLP
23
                                         By: /s/ Joshua A. Levine
24                                           Joshua A. Levine
                                         Joshua A. Levine (*pro hac vice forthcoming*)
25                                       425 Lexington Avenue
                                         New York, NY 10017
26                                       Telephone: (212) 455-2000
                                         Email: jlevine@stblaw.com
27
                                         *Counsel for Defendant Neal Holland*
28
     STIPULATION AND [PROPOSED] SCHEDULING ORDER - 5
     CASE NO. 3:23-CV-02940-AMO
     011168-11/2325483 V4

1    DATED: August 30, 2023                    STEPTOE & JOHNSON LLP

2                                              By: */s/ Michelle L. Levin*

3                                                  Michelle L. Levin
                                               Jason M. Weinstein (*pro hac vice forthcoming*)
4                                              Michelle L. Levin (*pro hac vice forthcoming*)
                                               1114 Avenue of the Americas
5                                              New York, NY 10036
                                               Telephone: (212) 506-3900
6                                              Email: jweinstein@steptoe.com
                                               Email: mlevin@steptoe.com
7
                                               *Counsel for Defendant Michael J. Roffler*
8

9

10

11

12

13                            **ORDER**

14

15        Pursuant to stipulation, **IT IS SO ORDERED.**

16

17   Dated: ___August 30, 2023___

18                                             **ARACELI MARTÍNEZ-OLGUÍN**
                                               **United States District Judge**
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER - 6
CASE NO. 3:23-CV-02940-AMO
011168-11/2325483 V4