**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEXANDRA KUSEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. HERBERT, II, HAFIZE GAYE ERKAN, MICHAEL J. ROFFLER, OLGA TSOKOVA, MICHAEL D SELFRIDGE, NEAL HOLLAND, and KPMG, LLP,<br><br>   Defendants. | Case No. 3:23-cv-2940-AMO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST REPUBLIC BANK**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. Araceli Martínez-Olguín<br><br>Date: January 11, 2024<br>Time: 2:00 p.m.<br>Place: Courtroom 10 – 19th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

The motion of the Federal Deposit Insurance Corporation as Receiver for First Republic Bank ("FDIC-R") to intervene in this action pursuant to Federal Rule of Civil Procedure 24(a) and 24(b), came for hearing on January 11, 2024, at 2:00 p.m. in Courtroom 10 of the above-entitled Court.  Having considered the briefs and other documents in support of and in opposition to the motion, the pleadings and records on file in this action, and the oral arguments presented and being fully advised in this matter, it is hereby

**ORDERED** that the FDIC-R's Motion to Intervene is **GRANTED**, and it is further

**ORDERED** that the FDIC-R shall file its Motion to Dismiss, which was attached as Exhibit 2 to the Motion to Intervene, on the docket within 7 days.

It is **SO ORDERED**.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　ARACELI MARTÍNEZ-OLGUÍN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING FDIC-R'S MOTION TO INTERVENE**