1  LATHAM & WATKINS LLP
   Melanie M. Blunschi (Bar No. 234264)
2    *melanie.blunschi@lw.com*
   Francis J. Acott (Bar No. 331813)
3    *francis.acott@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
5
   *Attorneys for Defendant James H. Herbert, II*
6
   [*Additional Counsel on Signature Page*]
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| ALEXANDRA KUSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. HERBERT, II, HAFIZE GAYE ERKAN, MICHAEL J. ROFFLER, OLGA TSOKOVA, MICHAEL D. SELFRIDGE, NEAL HOLLAND, and KPMG, LLP,<br><br>Defendants. | Case No.: 3:23-cv-02940-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>*As Modified by the Court*<br><br>Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7 and the Joint Stipulation Regarding Deadlines for Filing and Responding to the Complaint entered by the Court on December 18, 2023 (Dkt. 112), Lead Plaintiff Alecta Tjänstepension Ömsesidigt ("Lead Plaintiff") and additional named plaintiff Neil Fairman (together, "Plaintiffs") and Defendants James H. Herbert, II, Michael J. Roffler, Olga Tsokova, Michael D. Selfridge, Neal Holland (collectively, the "Individual Defendants") and KPMG LLP ("KPMG," and together with the Individual Defendants, "Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on December 18, 2023, the Court entered an Order approving the Parties' stipulated briefing schedule for responding to the amended complaint and setting the deadline for any motion to dismiss on April 29, 2024, with the opposition brief due June 28, 2024, and the reply brief due August 12, 2024, Dkt. 112;

WHEREAS, the Court's December 18 Order further stated that "each side must file a consolidated brief in the event a motion to dismiss is filed (*i.e.*, all defendants file a single consolidated opening brief, Lead Plaintiff files one responsive brief, and all defendants file a single consolidated reply brief)," but provided that "[i]f the parties believe consolidated briefing warrants an adjustment to the default page limits set by Civil L.R. 7, the parties shall meet and confer and submit a stipulation and proposed order with their reasonable proposals for excess pages," *id.*;

WHEREAS, on February 13, 2024, Plaintiffs filed their Complaint for Violations of the Federal Securities Laws (the "Complaint"), Dkt. 123, which is nearly 200 pages long and challenges 61 statements and omissions by seven different Defendants, each of whom is separately represented, *id.*; *see also* Dkt. 125 (Appendix);

WHEREAS, Defendants intend to move to dismiss the Complaint;

WHEREAS, under Local Rules 7-2 and 7-3, the default page limit for a motion to dismiss is 25 pages for the motion and opposition briefs, and 15 pages for the reply brief;

WHEREAS, due to the complexity of the allegations and the number of challenged statements in the Complaint, as well as the nature of Plaintiffs' allegations against each of the

differently situated Defendants, Defendants believe that it would further the efficient and streamlined resolution of challenges to the Complaint to permit (a) relief from the single consolidated briefing requirement to allow two motions (*i.e.*, one consolidated motion by the five Individual Defendants who have been served and one individual motion by KPMG[1]) and (b) an enlargement of the default page limits under Civil Local Rule 7 for the Individual Defendants' consolidated brief; and

WHEREAS, the Parties have met and conferred and agreed, subject to the Court's approval, that (a) the Individual Defendants may file a consolidated motion to dismiss and KPMG may separately file its own motion to dismiss, (b) Plaintiffs will file a consolidated opposition to KPMG's and the Individual Defendants' motions to dismiss, and (c) the default page limits under Civil Local Rule 7 should be extended for the Individual Defendants' consolidated motion to dismiss, Plaintiffs' omnibus opposition, and the Individual Defendants' consolidated reply.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, that:

1. The Individual Defendants may file one consolidated motion to dismiss, and KPMG may file a separate motion to dismiss;

2. The page limit for the Individual Defendants' consolidated motion to dismiss shall be 40 pages and the page limit for KPMG's motion to dismiss shall be 25 pages;

3. Plaintiffs may file an omnibus opposition to Defendants' motions to dismiss, and the page limit for the omnibus opposition shall be 65 pages; and

---

[1] KPMG was First Republic Bank's independent auditor. The only challenged statement as to KPMG is Statement Number 58, which was KPMG's audit opinion for the year ending December 31, 2022. Dkt. No. 125, Statement No. 58. That statement was made by KPMG only, and not any of the Individual Defendants. The independent auditor in securities cases in this district regularly file a separate motion to dismiss given the auditor's separate role. *See, e.g., In re SVB Fin. Grp. Sec. Litig.*, No. 3:23-cv-01097-JD, slip op. at 1 (N.D. Cal. Mar. 8, 2024), Dkt. No. 116 (order granting KPMG separate brief); Auditor PwC's Motion to Dismiss, *Mehedi v. View, Inc.*, No. 5:21-cv-06374-BLF (N.D. Cal. Oct. 6, 2022), Dkt. No. 141; Auditor PwC's Motion to Dismiss, *Hunt v. Bloom Energy Corp.*, No. 4:19-cv-02935-HSG (N.D. Cal. July 1, 2020), Dkt. No. 127.

4. The page limit for the Individual Defendants' consolidated reply in support of their motion to dismiss shall be 25 pages and the page limit for KPMG's reply in support of its motion to dismiss shall be 15 pages.

DATED: March 11, 2024         LATHAM & WATKINS LLP

/s/ Melanie M. Blunschi
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
Francis J. Acott (Bar No. 331813)
  francis.acott@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant James H. Herbert, II*

DATED: March 11, 2024         STEPTOE LLP

/s/ Jason M. Weinstein
Jason M. Weinstein (*pro hac vice* forthcoming)
jweinstein@steptoe.com
Michelle L. Levin (*pro hac vice* forthcoming)
mlevin@steptoe.com
Charles A. Michael (pro hac vice forthcoming)
cmichael@steptoe.com
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900

*Attorneys for Defendant Michael J. Roffler*

DATED: March 11, 2024         SHER TREMONTE LLP

/s/ Theresa Trzaskoma
Theresa Trzaskoma (*pro hac vice*)
Erica A. Wolff (*pro hac vice*)
Rebecca Prager (*pro hac vice*)
Wesley Erdelack (*pro hac vice*)
90 Broad Street, 23rd Floor
New York, NY 10004
Telephone: (212) 202-2600
trzaskoma@shertremonte.com
ewolff@shertremonte.com

```
                                        rprager@shertremonte.com
                                        werdelack@shertremonte.com
                                        Attorneys for Defendant Olga Tsokova
```

DATED:  March 11, 2024            MORRISON & FOERSTER LLP

/s/ *Carrie H. Cohen*

Carrie H. Cohen (*pro hac vice* forthcoming)
Edward Imperatore (*pro hac vice* forthcoming)
250 West 55th Street
New York, New York 10109
Telephone: (212) 468-8000
ccohen@mofo.com
eimperatore@mofo.com

Christin Hill (CA SBN 247522)
425 Market St.
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
chill@mofo.com

*Attorneys for Defendant Michael Selfridge*

DATED:  March 11, 2024            SIMPSON THACHER & BARTLETT LLP

/s/ *Joshua A. Levine*

Joshua A. Levine (*pro hac vice* forthcoming)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
jlevine@stblaw.com

*Attorneys for Defendant Neal Holland*

DATED:  March 11, 2024            KING & SPALDING LLP

/s/ *Lisa R. Bugni*

Lisa R. Bugni (SBN 323962)
lbugni@kslaw.com
50 California, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200

Richard Marooney (*pro hac vice* forthcoming)

|   |   |   |
|---|---|---|
| 1 | | rmarooney@kslaw.com |
| 2 | | 1185 Avenue of the Americas, 34th Floor |
|   | | New York, NY 10036 |
| 3 | | Tel: (212) 556-2100 |
| 4 | | Kevin J. O'Brien (*pro hac vice* forthcoming) |
|   | | kobrien@kslaw.com |
| 5 | | 1180 Peachtree Street, NE, Suite 1600 |
|   | | Atlanta, GA 30309 |
| 6 | | Tel: (404) 572-4600 |
| 7 | | *Attorneys for Defendant KPMG LLP* |
| 8 | | |
| 9 | DATED: March 11, 2024 | KESSLER TOPAZ |
|   |  | MELTZER & CHECK, LLP |
| 10 | | |
| 11 | | /s/ *Jennifer L. Joost* |
|    | | Jennifer L. Joost (Bar No. 296164) |
| 12 | | jjoost@ktmc.com |
|    | | Stacey M. Kaplan (Bar No. 241989) |
| 13 | | skaplan@ktmc.com |
|    | | One Sansome Street, Suite 1850 |
| 14 | | San Francisco, CA 94104 |
|    | | Tel: (415) 400-3000 |
| 15 | | Fax: (415) 400-3001 |
| 16 | | |
|    | | Sharan Nirmul (*pro hac vice* forthcoming) |
| 17 | | snirmul@ktmc.com |
|    | | Nathan Hasiuk (*pro hac vice* forthcoming) |
| 18 | | nhasiuk@ktmc.com |
|    | | 280 King of Prussia Road |
| 19 | | Radnor, PA 19087 |
| 20 | | Tel: (610) 667-7706 |
|    | | Fax: (610) 667-7056 |
| 21 | | |
| 22 | DATED: March 11, 2024 | BERNSTEIN LITOWITZ BERGER |
|    |  | & GROSSMANN LLP |
| 23 | | |
| 24 | | /s/ *Jonathan D. Uslaner* |
|    | | Jonathan D. Uslaner (Bar No. 256898) |
| 25 | | jonathanu@blbglaw.com |
|    | | 2121 Avenue of the Stars, Suite 2575 |
| 26 | | Los Angeles, CA 90067 |
|    | | Tel: (310) 819-3470 |
| 27 | | |
| 28 | | James A. Harrod (*pro hac vice*) |

jim.harrod@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

*Counsel for Lead Plaintiff Alecta Tjänstepension Ömsesidigt and additional named Plaintiff Neil Fairman and Lead Counsel for the Proposed Class*

PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:

1. The Individual Defendants may file one consolidated motion to dismiss, and KPMG may file a separate motion to dismiss;

2. The page limit for the Individual Defendants' consolidated motion to dismiss shall be **35** pages and the page limit for KPMG's motion to dismiss shall be **15** pages;

3. Plaintiffs may file an omnibus opposition to Defendants' motions to dismiss, and the page limit for the omnibus opposition shall be **50** pages; and

4. The page limit for the Individual Defendants' consolidated reply in support of their motion to dismiss shall be **20** pages and the page limit for KPMG's reply in support of its motion to dismiss shall be **10** pages.

The parties are reminded to provide courtesy copies as required by the Court's Standing Order for Civil Cases ¶ H.6.

DATED: March 13, 2024

_____
**Hon. Araceli Martínez-Olguín**
**United States District Judge**