**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
STACEY M. KAPLAN (Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Alecta Tjänstepension Ömsesidigt
and additional named Plaintiff Neil Fairman
and Lead Counsel for the Proposed Class*

[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRA KUSEN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES H. HERBERT, II, HAFIZE GAYE ERKAN, MICHAEL J. ROFFLER, OLGA TSOKOVA, MICHAEL D SELFRIDGE, NEAL HOLLAND, and KPMG, LLP,<br><br>    Defendants. | Case No. 3:23-cv-02940-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON RENEWED MOTION TO INTERVENE BY FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST REPUBLIC BANK**<br><br><u>CLASS ACTION</u><br><br>Hon. Araceli Martínez-Olguín |

Case No. 3:23-cv-02940-AMO
STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON RENEWED MOTION TO
INTERVENE BY FDIC AS RECEIVER FOR FIRST REPUBLIC BANK

     Pursuant to Civil Local Rule 7 and this Court's January 30, 2024 Order denying without prejudice the motion to intervene by the Federal Deposit Insurance Corporation as Receiver for First Republic Bank ("FDIC-R"), ECF No. 122, Lead Plaintiff Alecta Tjänstepension Ömsesidigt ("Lead Plaintiff") and additional named plaintiff Neil Fairman (together, "Plaintiffs"), Defendants James H. Herbert, Michael J. Roffler, Olga Tsokova, Michael D. Selfridge, Neil Holland (collectively, the "Individual Defendants") and KPMG LLP ("KPMG," and together with the Individual Defendants, "Defendants") (collectively, the "Parties"), and proposed intervenor FDIC-R, by and through their respective counsel, hereby stipulate as follows:

     WHEREAS, on January 30, 2024, this Court denied without prejudice the FDIC-R's motion to intervene pending the filing of Plaintiffs' complaint, ECF No. 122;

     WHEREAS, Plaintiffs filed their complaint on February 13, 2024, ECF No. 123;

     WHEREAS, the FDIC-R intends to renew its motion to intervene in this case;

     WHEREAS, this Court's January 30 Order, ECF No. 122, provided that "the FDIC-R and the parties shall meet and confer about the appropriate deadline for any renewed motion to intervene, a briefing schedule thereon, and any necessary adjustments to existing case deadlines" and that "[t]he parties shall file a stipulation with the dates agreed to by no later than March 15, 2024"; and

     WHEREAS, the Parties and FDIC-R have met and conferred pursuant to this Court's January 30 Order and were able to agree to "an appropriate deadline for any renewed motion to intervene [and] a briefing schedule thereon," but were unable to agree regarding "any necessary adjustments to existing case deadlines";

     IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties and for the FDIC-R, that:

1. The FDIC-R shall file its renewed motion to intervene on or before March 29, 2024;

2. Any opposition to the FDIC-R's renewed motion to intervene shall be filed on or before April 12, 2024; and

3. The FDIC-R shall file its reply in support of its motion to intervene on or before April 19, 2024.

| | | |
|---|---|---|
| Dated: March 19, 2024 | | Respectfully submitted, |

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

/s/ *Jennifer L. Joost*
Jennifer L. Joost (Bar No. 296164)[1]
jjoost@ktmc.com
Stacey M. Kaplan (Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tele: (415) 400-3000
Fax: (415) 400-3001

-and-

Sharan Nirmul (*pro hac vice* forthcoming)
snirmul@ktmc.com
Nathan Hasiuk (*pro hac vice* forthcoming)
nhasiuk@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Tele: (610) 667-7706
Fax: (610) 667-7056


**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

James A. Harrod (appearance *pro hac vice*)
jim.harrod@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Alecta Tjänstepension Ömsesidigt and additional named Plaintiff Neil Fairman and Lead Counsel for the Proposed Class*

---

[1] In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

| | | |
|---|---|---|
| 1 | Dated: March 19, 2024 | **FEDERAL DEPOSIT INSURANCE CORPORATION** |
| 2 | | |
| 3 | | */s/ Joshua H. Packman* |
| | | Joshua H. Packman |
| 4 | | (703) 474-1435 |
| | | jpackman@fdic.gov |
| 5 | | Federal Deposit Insurance Corporation |
| | | 3501 Fairfax Drive |
| 6 | | Arlington, VA 22226 |
| 7 | | *Attorney for Federal Deposit Insurance Corporation as Receiver for First Republic Bank* |
| 8 | Dated: March 19, 2024 | **LATHAM & WATKINS LLP** |
| 9 | | |
| 10 | | */s/ Melanie M. Blunschi* |
| | | Melanie M. Blunschi (Bar No. 234264) |
| 11 | | melanie.blunschi@lw.com |
| | | Francis J. Acott (Bar No. 331813) |
| 12 | | francis.acott@lw.com |
| | | 505 Montgomery Street, Suite 2000 |
| 13 | | San Francisco, CA 94111 |
| | | Telephone: (415) 395-8129 |
| 14 | | *Counsel for Defendant James H. Herbert, II* |
| 15 | Dated: March 19, 2024 | **STEPTOE LLP** |
| 16 | | |
| 17 | | */s/ Jason M. Weinstein* |
| | | Jason M. Weinstein (*pro hac vice* forthcoming) |
| 18 | | jweinstein@steptoe.com |
| | | Michelle L. Levin (*pro hac vice* forthcoming) |
| 19 | | mlevin@steptoe.com |
| | | Charles Michael (*pro hac vice* forthcoming) |
| 20 | | cmichael@Steptoe.com |
| | | 1114 Avenue of the Americas |
| 21 | | New York, NY 10036 |
| | | Tel: (212) 506-3900 |
| 22 | | *Counsel for Defendant Michael J. Roffler* |
| 23 | Dated: March 19, 2024 | **SHER TREMONTE LLP** |
| 24 | | |
| 25 | | */s/ Theresa Trzaskoma* |
| | | Theresa Trzaskoma (appearance *pro hac vice*) |
| 26 | | Erica A. Wolff (appearance *pro hac vice*) |
| | | 90 Broad Street, 23rd Floor |
| 27 | | New York, NY 10004 |
| | | Telephone: (212) 202-2600 |
| 28 | | Facsimile: (212) 202-4165 |
| | | Email: trzaskoma@shertremonte.com |
| | | ewolff@shertremonte.com |

|   |   |
|---|---|
|   | *Counsel for Defendant Olga Tsokova* |
| Dated: March 19, 2024 | **MORRISON & FOERSTER LLP** |
|   | */s/ Carrie H. Cohen*<br>Carrie H. Cohen (*pro hac vice* forthcoming)<br>Edward Imperatore (*pro hac vice* forthcoming)<br>250 West 55th Street<br>New York, New York 10109<br>Telephone: (212) 468-8000<br>Email: ccohen@mofo.com<br>Email: eimperatore@mofo.com |
|   | -and- |
|   | Christin Hill (CA SBN 247522)<br>425 Market St.<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Email: chill@mofo.com |
|   | *Counsel for Defendant Michael Selfridge* |
| Dated: March 19, 2024 | **SIMPSON THACHER & BARTLETT LLP** |
|   | */s/ Joshua A. Levine*<br>Joshua A. Levine (*pro hac vice* forthcoming)<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-2000<br>Email: jlevine@stblaw.com |
|   | -and- |
|   | Simona G. Strauss (Bar No. 203062)<br>2475 Hanover Street<br>Palo Alto, CA  94301<br>Telephone:  650-251-5000<br>Email: sstrauss@stblaw.com |
|   | *Counsel for Defendant Neal Holland* |
| Dated: March 19, 2024 | **KING & SPALDING LLP** |
|   | */s/ Lisa R. Bugni*<br>Lisa R. Bugni (SBN 323962)<br>lbugni@kslaw.com<br>50 California, Suite 3300<br>San Francisco, CA 94111<br>Tel:     (415) 318-1200<br>Fax:    (415) 318-1300 |
|   | -and- |

Richard Marooney (*pro hac vice* forthcoming)
rmarooney@kslaw.com
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel:     (212) 556-2100

-and-

Kevin J. O'Brien (*pro hac vice* forthcoming)
kobrien@kslaw.com
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel:     (404) 572-4600

*Counsel for Defendant KPMG LLP*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The FDIC-R shall file its renewed motion to intervene on or before March 29, 2024;

2. Any opposition to the FDIC-R's renewed motion to intervene shall be filed on or before April 12, 2024; and

3. The FDIC-R shall file its reply in support of its motion to intervene on or before April 19, 2024.

Dated: March 19, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**