UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA KUSEN, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>JAMES H. HERBERT, II, et al.,<br><br>             Defendants. | Case No. 23-cv-02940-AMO<br><br>**JUDGMENT** |

On June 9, 2025, the Court granted Federal Deposit Insurance Corporation's motion to dismiss for lack of subject matter jurisdiction. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 9, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**